JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

KENNETH EUGENE PETERSON,     )   No. ED CV 14-01467-VBK
                                )
            Plaintiff,    )   JUDGMENT
                                )
     v.                     )
                                )
CAROLYN W. COLVIN, Acting    )
Commissioner of Social       )
Security,                )
                                )
            Defendant.    )
_____)

    **IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

    **IT IS ALSO ORDERED** that the matter is dismissed with prejudice.


DATED:  February 25, 2015                /s/
                                    VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE